No. 44896.—Protests 33098–K, etc., of James H. Rhodes & Co. (Boston).

Opinion by Walker, J. In accordance with stipulation of counsel and on the authority of *Chrystal* v. *United States* (4 Cust. Ct. 78, C. D. 291) the pumice stone in question was held dutiable at one-tenth of 1 cent per pound under paragraph 206 as claimed.

No. 44897.—Protest 958263–G of D. M. Hatton & Co. (Los Angeles).

Opinion by Walker, J. The protest was submitted without the introduction of evidence in support of the claims made. On the record presented it was overruled.

No. 44898.—Protests 972292–G, etc., of Agner & Frederickson Co. (Seattle).

Opinion by Walker, J. In accordance with stipulation of counsel and on the authority of Abstract 43769 it was held that the commodity in question is dutiable at 2.7 cents per pound on the total weight of the imported article.

Before the Second Division, December 10, 1940

No. 44899.—Protests 711706–G, etc., of Nippon Dry Goods Co. (San Francisco)·

Opinion by Tilson, J. It was stipulated that the baby shoes in question are similar to those involved in Abstract 35799. The claim at 35 percent under paragraph 1530 (e) was therefore sustained.

No. 44900.—Protests 557189–G, etc., of Crest Corporation et al. (Los Angeles).

Opinion by Kincheloe, J. It was stipulated that the merchandise in question is similar to that the subject of *Crest Corp.* v. *United States* (T. D. 48888). The claim as filter paper under paragraph 1409 was therefore sustained.

No. 44901.—Protest 688827–G of L. Bamberger & Co. (New York).

Opinion by Dallinger, J. It was stipulated that the merchandise consists of lamps fitted with electrical sockets and cords the same as those the subject of *Huber* v. *United States* (5 Cust. Ct. 1, C. D. 359). The claim at 35 percent under paragraph 353 was therefore sustained.